ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: af@farsadlaw.com;
nancy@farsadlaw.com

Attorneys for Debtor / debtor-in-possession (proposed)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>TECHNO TOY TUNING, LLC,<br><br>Debtor / debtor-in-possession. | Case No.: 25-22317<br>Chapter 11 (Subchapter V)<br><br>DCN: AF-001<br><br>**DECLARATION OF GABRIEL TYLER IN SUPPORT OF EX PARTE APPLICATION TO APPROVE DESIGNATION OF RESPONSIBLE INDIVIDUAL FOR CORPORATE DEBTOR**<br><br>**Judge: Hon. Christopher M. Klein** |

I, Gabriel Tyler, hereby declare:

1. I am the sole shareholder and managing member of the Debtor.
2. I am the person most familiar with the financial affairs of the Debtor.
3. My address is 5444 Buck Mountain Road, Placerville, CA 95667; my telephone number is (916) 402-3545.

I declare under penalty of perjury that the information contained herein is true and accurate.

Dated: May 12, 2025

By: */s/ Gabriel Tyler*
Gabriel Tyler, Esq.
Managing Member of Debtor-In- Possession

---

DECLARATION OF GABRIEL TYLER IN SUPPORT OF EX PARTE APPLICATION TO APPROVE DESIGNATION OF RESPONSIBLE INDIVIDUAL FOR CORPORATE DEBTOR     -2-     Case No. 25-22317