EDMUND GEE, State Bar No. 178627
Assistant United States Trustee
United States Department of Justice
Office of the U.S. Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
Telephone: (916) 930-2100
Email: edmund.gee@usdoj.gov

Attorney for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

In re

TECHNO TOY TUNING, LLC,

        Debtor.

Case No. 25-22317 CMK

Chapter 11

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

> Walter R. Dahl
> 8757 Auburn Folsom Road, #2820
> Granite Bay, CA 95746-2820
> Phone: (916) 764-8800
> E-mail: wdahl@dahllaw.net

Dated: May 12, 2025

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

/s/ Edmund Gee
Assistant United States Trustee

Notice of Appointment of Subchapter V Trustee

Walter R. Dahl, CSB No. 102186
**DAHL LAW**
8757 Auburn Folsom Rd, #2820
Granite Bay CA 95746-2820
O:    (916) 764-8800
F:    (916) 741-3346
E:    wdahl@DahlLaw.net

Subchapter V Trustee

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| In Re:<br><br>**Techno Toy Tuning, LLC,**<br><br>4211 Business Dr, Suite A, Shingle Springs, CA 95682<br>TIN: 20-8556549<br><br>Debtor(s). | Case No.: 25-22317-C-11 |

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this case, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a)    am not a creditor, equity security holder or insider of the debtor, nor do I represent any such party with regard to debtor or this case;

(b)    am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c)    do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $485.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

1  I hereby accept my appointment as subchapter V trustee in this case pursuant to Fed. R. Bankr.
2  P. 2008.
3
4  Dated: 12-May-2025　　　　　　　　　　　　　　　／s／ *Walter R. Dahl*
                                                    Walter R. Dahl

\\Dahl-sbs\wdox\DATA\CLIENTS\T152\01\00141657.WPD　　　2